F. Christopher Austin
**WEIDE & MILLER, LTD.**
10655 Park Run Drive
Suite 100
Las Vegas NV 89144
702.610.9094 Mobile
702.382.4804 Office
702.382.4805 Fax
caustin@weidemiller.com

James F. McDonough, III (GA 117088) *
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866
Email: jim@rhmtrial.com

Attorneys For FLEET CONNECT SOLUTIONS LLC
(additional attorneys listed on signature page)

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| FLEET CONNECT SOLUTIONS LLC, | Case No. 2:24-cv-02009-JAD-EJY<br>Misc. Action No. 2:24-ms-00080 |
| Petitioner, | **UNOPPOSED MOTION REGARDING BRIEFING SCHEDULE ON PETITIONER'S MOTION TO ENFORCE** |
| v. | |
| GEOTAB USA, INC., | Arising from Civil Action No.: |
| Respondent. | *Fleet Connect Solutions LLC v. LKQ Corporation*, 2:23-cv-00555-JRG-RSP (E.D. Tex.) |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, and District of Nevada Local Rules 6-1, 16-1(c)(4), and 16-1(c)(7), Petitioner Fleet Connect Solutions, LLC ("Fleet Connect" or "Petitioner") hereby submits this Unopposed Motion to Set a Briefing Scheduling in this matter, based on the following good cause:

1. Respondent Geotab USA, Inc. ("Geotab USA" or "Respondent") has, on October 25, 2024, accepted service of Petitioner's Motion to Enforce Subpoena and the Exhibits thereto filed on October 24, 2024 (ECF No. 1, the "Motion");
2. To allow Respondent to hire counsel and allow their counsel additional time to review the claims against them and prepare a response, Petitioner has agreed to a deadline of twenty-one (21) days for Respondent to respond to the Motion;
3. Petitioner respectfully requests that Respondent shall have up to and through November 15, 2024 to file and serve its opposition to the Motion;
4. Petitioner shall have up to and through November 22, 2024 to file and serve its reply in support of the Motion;
5. This is Petitioner's first request regarding a briefing schedule in this matter; this request is brought in good faith and is not made to unnecessarily the proceedings in this matter;
6. No party will be prejudiced by the requested briefing schedule set; and
7. Petitioner has conferred with counsel for Respondent, who has indicated that Respondent does not oppose Petitioner's request.

Dated: October 25, 2024         Respectfully submitted,

/s/   F. Christopher Austin
F. Christopher Austin*
**WEIDE & MILLER, LTD.**
10655 Park Run Drive
Suite 100
Las Vegas NV 89144
702.610.9094 Mobile
702.382.4804 Office
702.382.4805 Fax
caustin@weidemiller.com

James F. McDonough, III (GA 117088) **
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866
Email: jim@rhmtrial.com

*Attorneys for* FLEET CONNECT SOLUTIONS LLC

\* admitted to practice in the District of Nevada
\*\* admission *pro hac vice* anticipated

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE


DATED: October 28, 2024