F. Christopher Austin (NVB 6559)
WEIDE & MILLER, LTD.
10655 Park Run Drive, Suite 100
Las Vegas NV 89144
702.610.9094 Mobile
702.382.4804 Office
702.382.4805 Fax
caustin@weidemiller.com

James F. McDonough, III (GA 117088)
ROZIER HARDT MCDONOUGH PLLC
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866
Email: jim@rhmtrial.com

*Attorneys for Fleet Connect Solutions, LLC*

Hunter D. Keeton
Wolf Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
Phone: 617.646.8283
Fax: 617.646.8646
hkeeton@wolfgreenfield.com

*Attorneys for Geotab USA, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FLEET CONNECT SOLUTIONS LLC,<br><br>    Petitioner,<br><br>v.<br><br>GEOTAB USA, INC.,<br><br>    Respondent. | Civil Action No. 2:24-cv-2009-JAD-EJY<br><br>**JOINT STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE**<br><br><u>Arising from Civil Action No.:</u><br><br>*Fleet Connect Solutions LLC v. LKQ Corporation*, 2:23-cv-00555-JRG-RSP (E.D. Tex.)<br><br>ECF Nos. 1, 5 |

Under Federal Rules of Civil Procedure 41(a)(1)(ii) and 41(c), Plaintiff Fleet Connect Solutions LLC and Defendant Geotab USA, Inc. hereby dismiss with prejudice all of their counts, claims, counterclaims, and affirmative defenses in this action. Each party shall bear its own costs, expenses, and attorneys' fees, and the parties agree that no party is the prevailing party in this action.

Date: November 6, 2024

Respectfully submitted,

/s/ F. Christopher Austin
F. Christopher Austin (NVB 6559)
WEIDE & MILLER, LTD.
10655 Park Run Drive, Suite 100
Las Vegas NV 89144
702.610.9094 Mobile
702.382.4804 Office
702.382.4805 Fax
caustin@weidemiller.com

James F. McDonough, III (GA 117088)
ROZIER HARDT MCDONOUGH PLLC
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866
Email: jim@rhmtrial.com

*Attorneys for Fleet Connect Solutions, LLC*

/s/ Hunter D. Keeton
Hunter D. Keeton
Wolf Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
Phone: 617.646.8283
Fax: 617.646.8646
hkeeton@wolfgreenfield.com

*Attorneys for Geotab USA, Inc.*

## ORDER

Based on the parties' stipulation [ECF No. 5] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS **DISMISSED** with prejudice, each side to bear its own fees and costs, and the motion to compel compliance with subpoena **[ECF No. 1] is DENIED** as moot. The Clerk of Court is directed to CLOSE THIS CASE.

_____
United States District Judge
11/7/24